UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------X
MILLIPORE CORPORATION,              )      Civil Action No. 11-cv-10221
MILLIPORE AB, and                   )
MILLIPORE SAS,                      )
            Plaintiffs,             )      DISCLOSURE STATEMENT UNDER
                                    )      RULE 7.1(a)
v.                                  )
                                    )
ALLPURE TECHNOLOGIES, INC.,         )
            Defendant.              )
-------------------------------------------------X
```

The plaintiffs identify, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the following information.

The plaintiff Millipore Corporation hereby identifies Concord Investments Corp. as its parent corporation and states that no publicly held company directly owns more than 10% of the stock of Millipore Corporation. Millipore Corporation further states that Merck KGaA, a German publicly traded company, indirectly owns nearly 100% of Millipore Corporation.

The plaintiff Millipore AB identifies Millipore International Holding Company BV as its parent corporation. Through an intervening company that is not publicly traded, 100% of Millipore International Holding Company BV is owned by the plaintiff Millipore Corporation. For information about Millipore Corporation please see the preceding paragraph.

The plaintiff Millipore SAS identifies Merck SA as its parent corporation. Millipore SAS further states that Merck KGaA, a German publicly traded company, owns 88.94% of Merck SA. In addition, more than 10% of Merck SA is owned by Millipore International Holding Company BV. Through an intervening company that is not publicly traded, 100% of Millipore International Holding Company BV is owned by the plaintiff Millipore Corporation. See the initial paragraph for information about Millipore Corporation.

                MILLIPORE CORPORATION
                MILLIPORE AB
                MILLIPORE SAS

                By their attorneys,

                /s/ Susan G. L. Glovsky
                Susan G. L. Glovsky BBO# 195880
                susan.glovsky@hbsr.com
                Lawrence P. Cogswell III, Ph.D. BBO# 664396
                lawrence.cogswell@hbsr.com
                Hamilton, Brook, Smith & Reynolds, P.C.
                530 Virginia Road
                P.O. Box 9133
                Concord, Massachusetts 01742
                Telephone:  978-341-0036
                Fax:  978-341-0136

Dated:  February 9, 2011

1054635.1