UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------X
                                                           )
MILLIPORE CORPORATION,                                     )   Civil Action No.  11-cv-10221 DPW
MILLIPORE AB, and                                          )
MILLIPORE SAS,                                             )   NOTICE OF NAME CHANGE
        Plaintiffs,                                        )
                                                           )
v.                                                         )
                                                           )
ALLPURE TECHNOLOGIES, INC.,                                )
        Defendant.                                         )
                                                           )
-----------------------------------------------------------X
```

TO:   Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that the name of the Plaintiff Millipore Corporation in the above-captioned matter has changed from MILLIPORE CORPORATION to EMD MILLIPORE CORPORATION.  EMD MILLIPORE CORPORATION will continue to be a Massachusetts corporation; and all other contact information, including mailing address, phone number, fax number, and email address, remains unchanged.

The names of the other Plaintiffs remain Millipore AB and Millipore SAS.

        EMD MILLIPORE CORPORATION,
        MILLIPORE AB, and
        MILLIPORE SAS

        By their attorneys,


        /s/ Lawrence P. Cogswell III, Ph.D.
        Susan G. L. Glovsky (BBO# 195880)
        susan.glovsky@hbsr.com
        Lawrence P. Cogswell III, Ph.D. (BBO #664396)
        lawrence.cogswell@hbsr.com
        Hamilton, Brook, Smith & Reynolds, P.C.
        530 Virginia Road
        P.O. Box 9133
        Concord, Massachusetts  01742
        Telephone:  (978) 341-0036
        Fax:  (978) 341-0136

Dated:  January 24, 2012

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 24, 2012.

                                        /s/ Lawrence P. Cogswell III, Ph.D.
                                        Lawrence P. Cogswell III, Ph.D.