```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


EMD MILLIPORE CORPORATION,    )
MILLIPORE AB, and             )
MILLIPORE SAS,                )
                              )
          Plaintiffs,         )    CIVIL ACTION NO.
                              )    11-10221-DPW
     v.                       )
                              )
                              )
ALLPURE TECHNOLOGIES, INC.,   )
                              )
          Defendant.          )
```

## **JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 17, 2013, granting AllPure Technologies, Inc.'s motion for summary judgment on noninfringement (#89) and declaring that the AllPure TAKONE device does not infringe U.S. Patent No. 6,032,543, and the Court's acceptance of the parties agreement to dismiss without prejudice Allpure's claims of patent invalidity and unforceability, subject to the right of Allpure to reassert the claims of invalidity and unforceability should the case be remanded to this Court as stated on the record at the hearing held on November 21, 2013, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiffs.**

```
                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: November 22, 2013
```