UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
                                                       )

EMD MILLIPORE CORPORATION,      )    Civil Action No. 11-cv-10221 DPW
MILLIPORE AB, and                          )
MILLIPORE SAS,                              )
    Plaintiffs,                                    )
                                                 )    NOTICE OF APPEAL TO THE UNITED
v.                                                   )    STATES COURT OF APPEALS
                                                 )    <u>FOR THE FEDERAL CIRCUIT</u>
ALLPURE TECHNOLOGIES, INC.,        )
    Defendant.                                  )
                                                 )
---------------------------------------------------------X

Pursuant to 28 U.S.C. § 1292(c) and Fed. R. App. P. 4(a), EMD Millipore Corporation, Millipore AB, and Millipore SAS (collectively, "Millipore"), the plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's September 17, 2013 Memorandum and Order ("9-17-2013 Memorandum and Order") in which the Court grants summary judgment of noninfringement in favor of AllPure Technologies, Inc. (Docket Item 113, and attached hereto as Exhibit A), from the Judgment of November 22, 2013 (Docket Item 128, and attached hereto as Exhibit B), and from all other Orders entered by the Court in the above-captioned action that are appealable by Millipore, including without limitation the Court's claim constructions adverse to Millipore, if any, resulting from the Court's October 11, 2012 Memorandum and Order (Docket Item 81, and attached hereto as Exhibit C) and as amended by the 9-17-2103 Memorandum and Order.

Respectfully submitted,

EMD MILLIPORE CORPORATION,
MILLIPORE AB, and
MILLIPORE SAS

By their attorneys,

/s/  Susan G. L. Glovsky
Susan G. L. Glovsky BBO# 195880
Lawrence P. Cogswell III, Ph.D. BBO# 664386
Hamilton, Brook, Smith & Reynolds, P.C.
155 Seaport Blvd.
Boston, MA  02210
Telephone:  (617) 607-5995
Fax:  (978) 341-0136
susan.glovsky@hbsr.com
lawrence.cogswell@hbsr.com

Dated:  November 27, 2013

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2013.

        /s/ Susan G. L. Glovsky
        Susan G. L. Glovsky

1545248.1