UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------X
EMD MILLIPORE CORPORATION,            )   Civil Action No. 11-cv-10221 DPW
MILLIPORE AB, and                     )
MILLIPORE SAS,                        )   MILLIPORE'S MOTION FOR
        Plaintiffs,                   )   DISALLOWANCE OF COSTS
                                      )
v.                                    )
                                      )
ALLPURE TECHNOLOGIES, INC.,           )
        Defendant.                    )
-------------------------------------------------------X
```

The plaintiffs EMD Millipore Corporation, Millipore AB, and Millipore SAS ("Millipore") hereby move for disallowance of $15,041.90 in deposition related costs sought to be taxed by AllPure Technologies, Inc. ("AllPure") in its Bill of Costs (D.I. 132), filed December 4, 2013, which seeks costs totaling $15,202.20. As set forth in the Memorandum of Reasons filed herewith in support of this Motion, AllPure did not use or rely upon these depositions in connection with its motion for summary judgment, and they are not properly taxable as costs under 28 U.S.C. § 1920. Accordingly, AllPure's request for $15,202.20 in costs should be disallowed in the amount of $15,041.90, leaving a balance of $160.30.

                                                  EMD MILLIPORE CORPORATION,
                                                  MILLIPORE AB, and
                                                  MILLIPORE SAS

                                                  By their attorneys,

                                                  /s/ Lawrence P. Cogswell III, Ph.D.
                                                  Susan G. L. Glovsky BBO# 195880
                                                  Lawrence P. Cogswell III, Ph.D. BBO #664396
                                                  Hamilton, Brook, Smith & Reynolds, P.C.
                                                  155 Seaport Blvd.
                                                  Boston, Massachusetts 02210
                                                  Tel: 617-607-5995
                                                  Fax: 978-341-0136
                                                  susan.glovsky@hbsr.com
                                                  lawrence.cogswell@hbsr.com
Dated: December 16, 2013.


## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Lawrence P. Cogswell III, Ph.D., hereby certify that I spoke by telephone with William Seymour, Esq., counsel for the defendant, in a good faith effort to resolve or narrow the issues on December 16, 2013, and was unable to resolve the issues addressed in this motion.

                                                  /s/ Lawrence P. Cogswell III, Ph.D
                                                  Lawrence P. Cogswell III, Ph.D.

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 16, 2013

                                          /s/ Lawrence P. Cogswell III, Ph.D
                                          Lawrence P. Cogswell III, Ph.D.

1554698.v1